IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JACQUELINE SKORCZ                                              PLAINTIFF

v.                             No. 5:19-cv-285-DPM

QUEST DIAGNOSTICS
CLINICAL LAORATORIES, INC.
and OCCUPATIONAL HEALTH
CENTERS OF ARKANSAS P.A.                                      DEFENDANTS

ORDER

In mid-August, the Court directed Skorcz to do one of two things by 23 October 2020: hire a new lawyer or file notice that she intends to proceed *pro se*. Doc. 29. Skorcz has not taken either step. Early on, the Court narrowed her claims to one for negligence. Doc. 16. Her complaint will therefore be dismissed without prejudice for failure to prosecute.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

28 October 2020